UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT, | No. 2:21-cv-1624-EFB P |
| Plaintiff, | |
| v. | ORDER |
| AMADOR COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 4). He has not, however, submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of service of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis.[1]

/////

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.

1

1    Plaintiff's failure to comply with this order will result in a recommendation that this
2 action be dismissed without prejudice.
3 DATED: September 28, 2021.

　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE